1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11  RASHAD BABBS,

12              Petitioner,

13       v.

14  SCOTT FRAKES,

15              Respondent.

16

No. 10-5807BHS/JRC

ORDER TO PROVIDE SERVICE COPIES

17
18    The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C.
19  § 2254. Petitioner is represented by counsel.  The case was filed electronically, but no service
20  copies have been provided.  This case has been referred to the undersigned Magistrate Judge
21  pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and (B) and Local Magistrate Judges' Rules MJR 3 and
22  MJR 4.
23    Counsel for petitioner will provide two copies of the petition and all attachments to the
24  court for service on or before February 25, 2011.  Failure to provide service copies will result in
25  a Report and Recommendation that this petition be dismissed for failure to prosecute and failure
26  to follow a court order.

Order - 1

1 The clerk is directed to note the February 25, 2011 deadline on the court's calendar.

3 DATED this 24th day of January, 2011.

J. Richard Creatura
United States Magistrate Judge

Order - 2