UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RASHAD BABBS,

        Petitioner,

   v.

SCOTT FRAKES,

        Respondent.

Case No. C10-5807BHS/JRC

ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE A TRAVERSE

The underlying petition for a writ of habeas corpus has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judge's Rule MJR3 and MJR4. Petitioner is seeking federal habeas relief, pursuant to 28 U.S.C. § 2254.

Before the Court is Petitioner's motion for an extension of to file a traverse (ECF No. 11). The motion is **GRANTED**. A traverse should be filed on or before **May 16, 2011**. The clerk's office is directed to send a copy of this order to Petitioner and to note **May 16, 2011** on the Court's calendar.

Dated this 2nd day of May, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1