UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RASHAD BABBS,

        Petitioner,

    v.

SCOTT FRAKES,

        Respondent.

Case No. C10-5087BHS

ORDER ADOPTING REPORT AND RECOMMENDATION, ISSUING CERTIFICATE OF APPEALABILITY, AND DENYING MOTION TO APPOINT APPELLATE COUNSEL

    This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 13) and Petitioner Rashad Babbs' motion to appoint appellate counsel (Dkt. 15).

    On November 4, 2010, Babbs filed a petition for writ of habeas corpus challenging his conviction in state court. Dkt. 1. Babbs argued that the conviction violated the Supreme Court cases of *Batson v. Kentucky*, 476 U.S. 79 (1986), and *Bruton v. United States*, 391 U.S. 123 (1968).

    On June 15, 2011, the Honorable J. Richard Creatura, United States Magistrate Judge, issued a Report and Recommendation ("R&R"). Dkt. 13. Judge Creatura recommended that the Court deny both claims and that the Court issue a Certificate of Appealability for Babbs *Bruton* claim. *Id*. Babbs did not file objections.

    On July 19, 2011, Babbs filed a motion to appoint appellate counsel. Dkt. 15. Babbs claims that he can no longer afford his current counsel and that the interests of justice dictate

ORDER

that the Court appoint appellate counsel to pursue his *Bruton* claim on appeal. *Id*.

With regard to the R&R, the Court has reviewed the R&R and, no objections to the R&R having been filed, adopts the R&R.

With regard to the request for appellate counsel, the court may request an attorney to represent any person unable to afford counsel. 28 U.S.C. § 1915(e)(1). The Court finds that Babbs should be able to file his appeal as well as a request to appoint counsel in the court of appeal. Moreover, the appellate court will be in the best position to determine whether circumstances exist to appoint counsel for Babbs. Therefore, the Court denies Babbs' motion to appoint appellate counsel.

The Court has considered the R&R, the remaining record, and does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) A Certificate of Appealability for Babbs' *Bruton* claim is **GRANTED**;

(3) The petition is **DENIED;**

(4) Babbs' motion to appoint appellant counsel is **DENIED**; and

(5) This action is **DISMISSED**.

DATED this 27th day of July, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER