# United States District Court

## WESTERN DISTRICT OF WASHINGTON

RASHAD BABBS

v.

SCOTT FRAKES

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-587BHS/JRC

__ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R & R is **ADOPTED**;

A Certificate of Appealability for Babbs' *Bruton* claim is **GRANTED**;

The petition is **DENIED**;

Babbs' motion to appoint appellant counsel is **DENIED**; and

This action is **DISMISSED**.

| | |
|---|---|
| ___July 27, 2011___ | ___WILLIAM M. McCOOL___ |
| Date | Clerk |
| | ___*s/CM Gonzalez*___ |
| | Deputy Clerk |